AFFIDAVIT IN SUPPORT OF APPLICATION TO
PROCEED *IN FORMA PAUPERIS**

06- 75

I, __Tyrone Quinn__, being first duly sworn, depose and say that I am the __PlaiNTiff__ in the above-captioned case; in support of my motion to proceed without paying Court fees and costs, or give security therefore, state:

My date of birth is: __11/12/84__

My current address is: __Delaware Correctional Center 1181 Paddock Rd. Smyrna, Delaware 19977__

Because of my financial situation, I am unable to pay the costs of this proceeding or give security therefore. In support of that statement, I supply the following information:

1. Nature of claim or defense is: __INEFFective assistance of Counsel__

2. Presently employed?        Yes ____   No _✓_

3. If *Yes*, state:

   (a) Name and address of employer: __N/A__

   FILED
   FEB 3 2006
   U.S. DISTRICT COURT
   DISTRICT OF DELAWARE

   (b) How often paid: __N/A__

   (c) Take home pay per pay period: __N/A__

---

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

4. If *No*, state:   N/A

   (a) Name and address of last employer:   N/A

   (b) Date of last employment:   N/A

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

   Yes ✓    No ____

6. If *Yes*, state:

   (a) Amount of income or gift, or its value:

   (b) When received:   7/25/05

   (c) From whom or what received:   39.95 $

   (d) Whether regular or one time:   Regularly of Times

7. List all property owned, whether held in your name alone or jointly with anyone else:

   (a) Real estate:   N/A

   (b) Personal property (stocks, bonds, bank accounts, vehicles):   N/A

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) Name and address of and relationship to any joint owner, designating which property is jointly owned and name of joint owner:

8. If you have a spouse, state: N/A

    (a) Amount of any income received: N/A

    (b) Source   N/A

    (c) Frequency income is received: N/A

9. If a prisoner, attach Department of Correction certified statement of your inmate account. The summary of your inmate account shall contain all account activity for the 6-month period immediately preceding the filing of the complaint, or for the entire time you have been incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

    (a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State?

    (b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case.  N/A

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.

N/A

11. If you are a prisoner and your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies.

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process.

12. If not listed above, state:

(a) Amount of any cash held (whether or not in a bank)  39.95 $ hold IN the Delewear Correction Dep. Inmate Account

(b) Bank accounts, listing bank, account number(s) and current balance(s).

13. Itemize debts and regular monthly expenses:  20.00 $ Regular monthly Rx penses,

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed in forma pauperis.

14. List names and addresses of any dependents:  NONE Currently

I, Tyrone H. Guinn, swear or affirm that the above-information is true and correct and is made under penalty of perjury.

DATED: 11/20th/05

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this _Very_ day of November 20th, 2005.

Tyrone Guinn
Title

Revised 7.17.03

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06 - 75

TO: Tyson Gwinn   SBI#: 375731

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: October 31, 2005

FILED
FEB 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of April 1, 2005 to September 30, 2005

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| April | 35.81 |
| May | 12.22 |
| June | 19.06 |
| July | 46.57 |
| Aug | 41.66 |
| Sept | 43.75 |

Average daily balances/6 months: 33.18

Attachments
CC: File

Stacy Shane
10/21/05

Notary Public
10/24/05

# Individual Statement

## For Month of April 2005

Date Printed: 10/21/2005        Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $45.90 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |
| Current Location: | SU/1 | | Comments: QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/5/2005 | ($14.66) | $0.00 | $0.00 | $31.24 | 90064 | | | |
| Pay-To | 4/14/2005 | $0.00 | $0.00 | ($0.37) | $31.24 | 94605 | | DST/POSTAGE | |
| Medical | 4/14/2005 | $0.00 | ($6.00) | $0.00 | $31.24 | 94638 | | 4/9/05 | |
| Pay-To | 4/15/2005 | ($0.37) | $0.00 | $0.00 | $30.87 | 95110 | | DST/POSTAGE | |
| Pay-To | 4/15/2005 | ($6.00) | $0.00 | $0.00 | $24.87 | 95119 | | DST/POSTAGE | |
| Medical | 4/18/2005 | ($6.00) | $0.00 | $0.00 | $18.87 | 95404 | | 4/9/05 | |
| Pay-To | 4/18/2005 | ($0.37) | $0.00 | $0.00 | $18.50 | 95530 | | DST/POSTAGE | |
| Visit | 4/18/2005 | $25.00 | $0.00 | $0.00 | $43.50 | 95654 | 1316038832-10620 | | J GUINN |
| Canteen | 4/19/2005 | ($14.82) | $0.00 | $0.00 | $28.68 | 96121 | | | |
| Mail | 4/19/2005 | $10.00 | $0.00 | $0.00 | $38.68 | 96233 | 4613756114 | | O WASHINGTON |
| Pay-To | 4/29/2005 | ($0.37) | $0.00 | $0.00 | $38.31 | 100094 | | DST | |
| Pay-To | 4/29/2005 | ($0.37) | $0.00 | $0.00 | $37.94 | 100095 | | DST | |
| Pay-To | 4/29/2005 | ($0.37) | $0.00 | $0.00 | $37.57 | 100096 | | DST | |
| Pay-To | 4/29/2005 | ($0.83) | $0.00 | $0.00 | $36.74 | 100227 | | DST | |

Ending Mth Balance:    $36.74

# Individual Statement

Date Printed: 10/21/2005

## For Month of May 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $36.74 | |
|---|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | | |
| Current Location: | SU/1 | | | Comments: QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/3/2005 | ($15.00) | $0.00 | $0.00 | $21.74 | 101770 | | | |
| Pay-To | 5/5/2005 | ($0.37) | $0.00 | $0.00 | $21.37 | 103243 | | DST/POSTAGE | |
| Pay-To | 5/12/2005 | $0.00 | $0.00 | ($0.60) | $21.37 | 106730 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($6.00) | $0.00 | $0.00 | $15.37 | 106812 | | PRISON INDUSTRIES | |
| Pay-To | 5/13/2005 | ($0.60) | $0.00 | $0.00 | $14.77 | 107204 | | DST/POSTAGE | |
| Canteen | 5/17/2005 | ($12.22) | $0.00 | $0.00 | $2.55 | 107880 | | | |
| Pay-To | 5/20/2005 | ($0.37) | $0.00 | $0.00 | $2.18 | 109615 | | DST/POSTAGE | |
| Pay-To | 5/27/2005 | ($0.37) | $0.00 | $0.00 | $1.81 | 112761 | | DST/POSTAGE | |

Ending Mth Balance: $1.81

# Individual Statement

## For Month of June 2005

Date Printed: 10/21/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | |
|---|---|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | $1.81 | | | |
| Current Location: | SU/1 | | Comments: | QOL2 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 6/1/2005 | $25.00 | $0.00 | $0.00 | $26.81 | 113661 | 0427374171 | | J GUENIN |
| Canteen | 6/1/2005 | ($1.57) | $0.00 | $0.00 | $25.24 | 113848 | | | |
| Canteen | 6/14/2005 | ($14.99) | $0.00 | $0.00 | $10.25 | 119927 | | | |
| Pay-To | 6/27/2005 | ($0.37) | $0.00 | $0.00 | $9.88 | 124399 | | DST/POSTAGE | |
| Canteen | 6/28/2005 | ($9.73) | $0.00 | $0.00 | $0.15 | 124863 | | | |
| Mail | 6/29/2005 | $25.00 | $0.00 | $0.00 | $25.15 | 125606 | 42737678 | | J GUINN |
| Mail | 6/29/2005 | $25.00 | $0.00 | $0.00 | $50.15 | 125607 | 7753061700 | | J GUINN |

Ending Mth Balance: $50.15

# Individual Statement

## For Month of July 2005

Date Printed: 10/21/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.15 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |
| Current Location: | SU/1 | Comments: QOL2 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/1/2005 | $25.00 | $0.00 | $0.00 | $75.15 | 126561 | 8545215453 | | GRANDMA |
| Pay-To | 7/7/2005 | ($0.37) | $0.00 | $0.00 | $74.78 | 129728 | | DST/POSTAGE | |
| Pay-To | 7/7/2005 | ($0.37) | $0.00 | $0.00 | $74.41 | 129735 | | DST/POSTAGE | |
| Canteen | 7/12/2005 | ($32.33) | $0.00 | $0.00 | $42.08 | 130486 | | | |
| Pay-To | 7/14/2005 | ($12.00) | $0.00 | $0.00 | $30.08 | 131480 | | HARRIS PUBLICATIO | |
| Medical | 7/15/2005 | $0.00 | ($4.00) | $0.00 | $30.08 | 132282 | | 7/12/05 | |
| Medical | 7/15/2005 | ($4.00) | $0.00 | $0.00 | $26.08 | 132368 | | 7/12/05 | |
| Canteen | 7/19/2005 | ($4.99) | $0.00 | $0.00 | $21.09 | 132945 | | | |
| Pay-To | 7/22/2005 | ($0.37) | $0.00 | $0.00 | $20.72 | 135308 | | DST/POSTAGE | |
| Pay-To | 7/22/2005 | ($0.37) | $0.00 | $0.00 | $20.35 | 135319 | | DST/POSTAGE | |
| Pay-To | 7/22/2005 | ($0.60) | $0.00 | $0.00 | $19.75 | 135329 | | DST/POSTAGE | |
| Canteen | 7/25/2005 | $20.20 | $0.00 | $0.00 | $39.95 | 135811 | | REFUND | |

Ending Mth Balance: $39.95

# Individual Statement

## For Month of August 2005

Date Printed: 10/21/2005                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $39.95 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |

Current Location: SU/1    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/2/2005 | ($9.84) | $0.00 | $0.00 | $30.11 | 138875 | | | |
| Visit | 8/11/2005 | $25.00 | $0.00 | $0.00 | $55.11 | 143440 | 451842219-20702 | | J GUINN |
| Canteen | 8/16/2005 | ($9.83) | $0.00 | $0.00 | $45.28 | 145114 | | | |
| Canteen | 8/30/2005 | ($9.75) | $0.00 | $0.00 | $35.53 | 150439 | | | |

Ending Mth Balance:   $35.53

# Individual Statement

### For Month of September 2005

Date Printed: 10/21/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | $35.53 |

Current Location: SU/1   Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.37) | $35.53 | 156124 | | | |
| Mail | 9/21/2005 | $25.00 | $0.00 | $0.00 | $60.53 | 160214 | 45184581 | POSTAGE | J GUINN |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.37) | $60.53 | 161458 | | POSTAGE | |
| Canteen | 9/27/2005 | ($0.83) | $0.00 | $0.00 | $59.70 | 162157 | | | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $59.70 | 163969 | | POSTAGE | |

Ending Mth Balance: $59.70