— ORiginal copy —

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) TYRONE QUINN    00: 375731
(Name of Plaintiff)    (Inmate Number)

Delewear Correctional Center
1181 Podclocin Rd. Smyrna Del. 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Marcello Rispoli t.

(2) Lise M. Merson

(3) Thomas Carrol
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 75
(Case Number)
(to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

FILED
FEB 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Case Number: 1:05-cv-875

Year: 12/28/05

Judicial officer whom it was assigned to:
Judge Kent A Jordan (KAJ)

Caption: Ineffect Assistant of Counsel.

(Each Named party must be listed, and all names must be printed or typed, use additional sheet if needed)

vs.

(4.) David Phillips.

(5.) MR. MC. CREENOR.

(6.) MR. GONALEZ.

--------
(Names of Defendants)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • • Yes • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? I Filed grievance form, DOC Procedure 4.4 "Inmate grievence procedure",

2. What was the result? My grievence was Defined as Non-Grieveble IN Accordence with DOC Policy 4.4. IN Returned as a Disciplinery Action.

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Marcello Rispoli T.

Employed as Lt. 4 to 12 Shft at SHU Building 20H

Mailing address with zip code: Delaware Correctional Center 1181 Paddock Rd. Smyrna, Del, 19977

(2) Name of second defendant: Lisa M. Merson

Employed as Inmate grievence chair person. at D.C.C

Mailing address with zip code: Delaware Correction Center 1181 Paddock Rd. Smyrna, Del. 19977.

(3) Name of third defendant: Thomas Carrol

Employed as Head Warden at Department of Correction

Mailing address with zip code: Delawear Correction Center 1181 paddock Rd. Smyrna Del. 19977.

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

III. Defendants (In order listed on the caption)

(4) Name of Forth defendent: David Phillips

Employed as: Sgt. 4 to 12 shft    at SHU Building 20th

Mailing address with zip code: Deleweer Correctional Center 1181 Peddock Rd. Smyrn, Del. 19977

(5) Name of Fith defendent: Mr. MC. Creenor

Employed as: Sift Commender Large Inst. Capt. 4 to 12 sift at SHU.

Mailing address with zip code: Deleweer Correction Center 1181 Peddock Rd. Smyrn, Del 19977.

(6) Name of Sixth defendent: Mr. Gonzales

Employed as: C/O Correction officer. 4 to 12 sift. at SHU.

Mailing address with zip code: Deleweer Correctional Center 1181 Peddock Rd. Smyrn, Del. 19977

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The defendant's involved in this claim is Mercello, Rispoli T. Lt., Cp Gonzalez, Sift Commander Large Inst. Capt. Mc. Creenor, L. Sr. M. Merson the Inmate Grievance Chair, and Warden Thomas Carrol. All at the Department of Correctional Center 1181 Paddock Rd.

2. Smyrna Del. 19977, on Jank. 30 2004 I was placed in isolation for a disciplinary reson, under strip cell conditions, where I was not a treat to my self, or been classified or recommended by mental health personnel's being seen and known to be a

3. Threat to my life. Where I was place in the hole by Sgt. David Phillips, and Capt. Mc. Mr. Creenor and Lt. Rispoli T. They stripped me from my clothing, and I was left with only my under shorts. I ash can I keep my clothing, in recive some sheets in

See Back Next Page

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the court of law to let me seek justice on each one of my defendants by seekin approximally 1.000$ "One Thousen Dollers" for each day I spent sufferin (14th days) in isolation confiment under cruel and unusel punishment inflicted conditions when I "Deprived" sheets ³ and blankhets and clothin. All legal fees to be also afford upon defendent Rxpenser.

IV.    Statement of Claim

Page 2" of Page 1"

Blankets, they said: "No and Slamted the Door", So I ash C/o Gonzalez, a C/o also workin 4 to 12 sift on June 30 & July 2 2005, But still they wouldn't also Let me Recive my Property and Sheet & Blankets. So the Next Day I ash C/os to Lt's all that Day But Still Neverd Recived my Behonging I Even sent Lept. mc. Creanor a letter But got No Responds So on 7/2/05 Gonzalez Was Workin 4 to 12 sift again. So I ash him For the Same theng my Clothing and stuff he said to Speek to A Lt. Marcello, Rispun: T. But I got No Responds. that Alt I shall Marcello, Rispun: Workin Down the hell way So I Filed a grievance, to the office on July 2 2004 on the Current Issuse Incident. and the Inmate grievance Chair person Lisa M. Merson, Returned my grievance Back on Aug. 2004 Sayen It was "Non-Grievable", after I already DiD 14 mere days In Insolation with No Clothin or Nothing. I Filed this Action on the above Defendants, and also on the Warden Thomas Carrol For Bein held Liable of her C/os Improper Ordinary Training and skill By the D.O.C. Procedures.

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __20th__ day of __November__, 20__05__.

__Tyrone H. Givens__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M Tyrone Quinn
SBI# 375731    UNIT SHU 19.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

to: Che
U.S. Di
Lockbo
844 N.

Leg