Certificate of Service

06-75 (KAJ)

I, Tyrone Quinn, hereby Certify that I have Served a True and Correct Copy of the Attached Letter upon the Following Party, on the 2 day of Feb. 06.

to: Office of the Clerk
Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, Del. 19801-3570

FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

2/8/06
Date Signed

_Tyrone Quinn_
Signature of Movant