IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE GUINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-075-KAJ |
| | ) |
| MARCELLO RISPOLI, LISE M. | ) |
| MERSEN, THOMAS CARROL, DAVID | ) |
| PHILLIPS, MR. MCCREANOR, | ) |
| MR. GONZALEZ, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
FEB 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Tyrone Guinn, SBI #375731, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.64 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated ___Feb. 21st___, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ___Feb. 22nd___, 2006.

_____
Signature of Plaintiff



TYRONE Gusun
SBI: 375731. UNIT, SHU 19#
Delaware Correctional
1181 Paddock Rd MYRNA
DElAWARR 17th 17

U.S.M.S.
X-RAY

to: Office of the Clerk
United Stated District Court
844 N. King Street, Lockbox 18
Wilm, Delaware 19801-3570