IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TYRONE GUINN
    APPELLANT,

v.

State of Delaware.
    APPELLEE.

CIVIL ACTION NO. 06-75 (CKA)

**MOTION FOR APPOINTMENT OF COUNSEL**

FILED APR - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

COMES NOW, the appellant, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 3/28/06

Tyrone Guinn
SBI: 375731
Delaware Corr. Center
Smyrna, DE 19977

I/M Tyrone Washington DE 197
SBI# 315731 UNIT SHU MAR 2006
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.390
MAR 29 2006
MAILED FROM ZIPCODE 19977

To: Clerk U.S. District Court
Lock Box 18 844 N. King
St. Wilm DE 19801