OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 10, 2006

TO:   Tyrone Guinn
      SBI# 375731
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

      RE:  U.S. Marshal 285 Forms
           *Civil Action #06-75(KAJ)*

Dear Mr. Guinn:

    Please be advised that this office has received all required
U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be
forwarded to the U.S. Marshal for service in accordance with the
Court's orders.  Nothing contained in this letter is intended to
express an opinion as to the merits of any claims which you may be
alleging.

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc:   The Honorable Kent A. Jordan
      U.S. Marshal
      Pro Se Law Clerk