IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TYRONE GUINN,                )
                             )
    Plaintiffs,              )
                             )
v.                           ) Civ. No. 06-75-KAJ
                             )
MARCELLO RISPOLI, et al.     )
                             )
    Defendants.              )

### ORDER

At Wilmington this 9th day of May, 2006;

The plaintiff Tyrone Guinn ("Guinn"), an inmate at the Delaware Correctional Center filed this civil rights action pursuant to 42 U.S.C. § 1983. He appears *pro se,* and was granted leave to proceed *in forma pauperis.*

Now before the Court is Guinn's motion for appointment of counsel. (D.I. 9.) Guinn was advised by this Court in its March 17, 2006, order that motions for appointment of counsel filed prior to service would be dismissed without prejudice with leave to refile following service. (D.I. 8.) To date, service has not been effected upon all the defendants. Accordingly, the motion is premature.

THEREFORE, IT IS ORDERED that Guinn's motion for appointment of counsel (D.I. 9) is DENIED without prejudice with leave to refile following service.

_____
UNITED STATES DISTRICT JUDGE