IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TYRONE GUINAN

APPELLANT,

v.

Marcello Rispoli, Et al.,

APPELLEE.

CIVIL ACTION NO. 06-75 (KAJ)

FILED
JUL 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, Tyrone Guinan, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 7/6/06

TYRONE GUINAN
SBI: 375731
Delaware Corr. Center, 1181 Paddock Rd.
Smyrna, DE 19977

Tyrone Guinn
SBI# 375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

$00.39
JUL 01 2006
MAILED FROM ZIPCODE 19977

U.S.M.S. X-RAY

to: office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, DEL 19801-3570