# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| PLAINTIFF: Tyrone Quinn | COURT CASE NUMBER: Civ. No. 06-75-KAJ |
| DEFENDANT: David Phillips | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Delaware Correctional Center

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1181 Paddock Rd Smyrna, Delaware 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tyrone Quinn SBI: 375731
Ushu 19 A-U-8
Delaware Correctional Center
1181 Paddock Rd
Smyrna, Delaware 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 7# |
| Number of parties to be served in this case | 7# |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

N/A

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Tyrone Quinn
DATE: 4/6/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: TAC
Date: 4-26-06

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

FILED JUL 19 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**REMARKS:** Per DCC - No longer employed by Dept of Corr. Return unexecuted

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)