Please: REPLY to: District Clerk Office
NEW Castle County

JULY 20th, 2006

to: OFFICE OF the CLERK
United States District Court
844 N. King St. Lockbox 18
Wilm DEL. 19801-3570

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 19 PM 3:28
BD scanned

RE: TYRONE GUINN V. Thomas Carroll, Et al.
Civil Action No. 06-75-KAJ

DEAR: COUNSEL:

PURSUANT to FED. Rules of Civil Proc. Rule 26 AN[D] 26(F.) the FOLLOWING INFORMATION CONCERNIN[G] the Above Captioned Case IS BEING SUPPLIED the OFFENSE OCCURRED ON JUNE 30, 2004, AND was INVESTIGATED BY Plantiff TYRONE GUIN[N] SUPPLEMENTS to this DISCOVERY will be PRO Vided

as Noted BELOW:

Rule: FED. Rules of Civil Proc. Rule 34 RELE Vant WRITTEN, RECORDED OR ORAL State-MENT(S) Made BY DEFENDANT OR ANY JUVENILE OR Adult CO-DEFENDANT IN RESPONSE to Plantif[f]

Please be Advised that this Reponse, toGether with any Acknowledgment of Information to be supplied when Recived, Constitu the Plantiff(s) entire Reponse to It's Discover Obligations under Rule, 34 And/or any W-Ritten Requst Filed by the Defendant. If Prior to or During Trial, Additional evidence or material is Discoverd which is Subject to Discovery it shall be Disclose Immediately. Futher Discovery-except to the extent Referred to herein-is objected to as being outside the Scope of the Plantiff(s) Obligation under Rule 26#. Should you wish to Pursue the Matter Further, Please File A Motion to Compel Further Response as Provided by Rule 3

Plantiff Reciprocal Discovery Reqest:
Pursuant to Rule 34. Please Provide me with the Following:

1.) An opportunity to inspect and copy of Photograph any book(s) Papers, Documents, Tangible objects, or copys or Portions thereof, which are within the Possession, Custody or Control of the Defendant. which the Defendant Intends to Introduce as Evidence in Chief at the Trial.

2.) AN OPPORTUNITY TO INSPECT AND COPY OR PHOTOGRAPH ANY RESULTS OR REPORTS TO PHYSICAL OR MENTAL EXAMINATIONS AND OF SCIENTIFIC TEST OR EXPERIMENTS MADE IN CONNECTION WITH THE POSSESSION OR CONTROL OF THE DEFENDANT, WHICH THE DEFENDANT INTENDS TO INTRODUCE AS EVIDENCE IN CHIEF AT TRIAL OR WHICH WERE PREPARED BY A WITNESS WHOM THE DEFENDANT INTENDS TO CALL AT THE TRIAL WHEN THE RESULTS OR REPORT(S) RELATE TO THAT WITNESS' TESTIMONY. (PLEASE PROVIDE PLAINTIFF WITH THE COPY OF THE INSTITUTION MAX ISO. CONFINEMENT OF TIME SERVED FROM JUNE 30th 2004 TILL JULY 13th 2004. ALSO THE WORK SCHEDULE OF MR. GONZALAZ, FROM JUNE 30th TILL JULY 13th 2004.)

3.) DISCLOSURE OF ANY EVIDENCE THE DEFENDANT MAY PRESENT AT TRIAL UNDER RULE(S) 702, 703, OR 705 OF THE DELAWARE UNIFORM RULES OF EVIDENCE AND FED. EVIDENCE PROCEDURES, INCLUDING, THE IDENTITY OF THE WITNESS AND THE SUBSTANCE OF THE OPINIONS TO BE EXPRESSED.

PLEASE BE ADVISED THAT YOUR FAILURE TO REPOND WILL BE PRESUMED TO MEAN THAT YOU HAVE NO MATERIALS DISCOVERABLE UNDER RULE 34 OF THE FED. RULE(S) OF CIVIL PROCEDURE(S), AND THAT THE PLANTIFF WILL RELY UPON THAT PRESUMPTION.

VERY TRULY YOURS,

[signature]

TYRONE GUINN SBI: 375731
PLANTIFF.

| page 1 | Report Date 7/11/06 | AGENCY: Delaware Correctional Center | Complaint: Defendant |
|---|---|---|---|
| | Name Defendant: Thomas Carroll, | telephone number: 302) 653-9261 | |

Address:
1181 Paddock Rd.
DCC - Delaware Correction C.
SMYRNA, DE 19977

| page 1 | Report Date 7/11/06 | AGENCY: Delaware Correctional Center | Complaint: Defendant |
|---|---|---|---|
| | Name Defendant: Marcello Rispoli, | telephone number: 302) 653-9261 | |

Address:
1181 Paddock Rd.
DCC - Delaware Correctional C.
SMYRNA, DE 19977

| page 1 | Report Date 7/11/06 | AGENCY: Delaware Correctional Center | Complaint: Defendant |
|---|---|---|---|
| | Name Defendant: Lise Merson | telephone number: 302) 653-9261 | |

Address:
1181 Paddock Rd.
DCC - Delaware Correctional C.
SMYRNA, DE 19977

IDENTIFYING INFORMATION PURSUANT TO: RULE 26(A)(1)(A).

| Page | Report Date: 7/20/06 | AGENCY: Delaware Correctional Center. | Complaint: Defendant |
|---|---|---|---|
| | Name Defendant: David Phillips | Telephone Number 302) 653-9261 | |

Address:
1181 Paddock Rd.
DCC-DELAWARE CORRECTIONAL C.
SMYRNA, DE 19977

| Page | Report Date: 7/20/06 | AGENCY: Delaware Correctional Center | Complaint: Defendant |
|---|---|---|---|
| | Name Defendant: MR. MC. CREANOR, | Telephone Number 302) 653-9261 | |

Address:
1181 Paddock Rd.
DCC- DELAWARE CORRECTIONAL C.
SMYRNA, DE 19977.

| Page | Report Date: 7/20/06 | AGENCY: Delaware Correctional Center | Complaint: Defendant |
|---|---|---|---|
| | Name Defendant: MR. GONZALEZ | Telephone Number 302) 653-9261 | |

Address:
1181 Paddock Rd.
DCC- DELAWARE CORRECTIONAL C.
SMYRNA, DE 19977

IDENTIFYING INFORMATION PURSUANT to: RULE 26 (A) (1) (A).

| Page 3 | Report Date 7/18/06 | AGENCY: Delaware Correctional Center | | Complaint: Plentiff |
|---|---|---|---|---|
| SBI: 375731 | Name Plentiff: TYRONE GUINN | TELEPHONE: N/A | | |
| Address: 1181 Paddock Rd DCC-DELAWARE CORRECTIONAL C. SMYRNA, DE 19977 | | | | |

SIGNING OF DISCLOSURES, DISCOVERY REQUESTS, RESPONCES, AND OBJECTIONS. PURSUENT TO: FRD. RULE OF CIVIL PROC. RULE 26 (A)(1).(d.)(3).

NOW COMES this, July 20th Day, OF 2006

that the Certification to the Best of Plentiff knowledge, INFO, and BELIEF, Formed after A Reasonable INQUIRY, the Disclosure IS Complete and Correct as the time It IS Made.

Very Truly yours,

[signature]

Tyrone H. Guinn SBI: 375731
Plentiff

SUMMERIES: EVIDENCE
"EXHIBIT"

PURSUE to RULE 402, 403 OF THE FEDERAL RULE(S) OF EVIDENCE.

I.) IS A EXHIBIT OF: DEFENDANT OFFICER DAVID PHILLIPS "INCIDENT REPORT" OF HEM PLACEN PLANTIFF IN ISOLATION CONFIMENT 14 TEEN DAYS) WITH ONLY HIS UNDERSHORT(S) THA HE WAS DEPRIVED OF BY ABOVE DEFENDANT. "(PLANTIFF WAS LATER FOUND NOT GUILTY ON CHARGES AGIANST HEM, ON BOTH I, II, OF THE DEFENDANT INCIDENT REPORTS.)"

II.) IS A EXHIBIT OF: DEFENDANT OFFICER Cpt. MARCELL RISPOLI T. "INCIDENT REPORT" OF HEM ALSO PLACE PLANTIFF IN ISOLATION CONFIMENT 14 TEEN DAY(S) WITH ONLY HIS UNDERSHORT (S) WHEN ABOVE DEFENDANT ALSO ACTED WITH "DELIBERATE INDIFFERENCE" WHEN HE HELP "ACCOMPANIED" DEFENDANT D. PHILLIPS, AND Cpt. MC CREANOR TO BUILD 18 ISOLATION AND STRIPED SEARCHED PLANTIFF GIVIN HEM ONLY HIS UNDER SHORTS.

III.) IS A EXHIBIT OF: DEFENDANT(S) I, II "INCIDENT REPORT" WITH CPT. MC. CREANOR "INVOLVMENT" IN BOTH OF THE ABOVE DEFENDANT(S) INCIDENT REPORT(S), TO VERIFIE HE WAS THERE ON THAT VERY DAY...

IV.) IS A EXhibit OF: PLAINTIFF "COPY" LETTER he had SENT to SIFT COMMANDER CPT. MC. CREANOR ON JULY 1, 2004 ASKIN to RECIVE his SHEET(S) BLANKET(S) AND CLOTHIN.

V.) IS A EXhibit OF! PLAINTIFF "COPY" LETTER he had SENT to LT. MARCELLO, RISPOLI ON JULY 5, 2004 ASKIN to RECIVE his SHEET(S), BLANKET(S), AND CLOTHIN.

VI.) IS A EXhibit OF! PLAINTIFF GRIEVANCE FORM COMPLAININ about the CRUEL UNUSUAL PUNISHMENT CONDITIONS he WAS BEIN HEID IN WITHOUT ANY CLOTHING SHEET(S), BLANKET(S) AND WAS RETURN BACK to HEM BY GRIEVANCE CHAIR PERSONAL DEFENDANT LISE M. MERSON ON JULY 08 2004 ON the BASES OF: NON GRIEVABLE / DISCIPLINARY ACTION ON that VERY DAY OF JULY 2, 2004.

| Incident# |
|---|
| 1013329 |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

Date: 07/01/20

# INCIDENT REPORT

Group#: 990 Type: Inmate Involved Incident Date: 06/30/2004 Time: 17:00 Confidential: No

Facility: DCC Delaware Correctional Center Followup Required : No

Incident Location: Bldg.19 D Tier

Location Description:

Violated Conditions: 1.02/200.201 Assault
1.06/200.203 Disorderly or Threatening Behavior

Description of Incident:

On 6/30/2004 at approx 1700 when Sgt. Phillips was coming off of A wing after collecting trays Sgt. Phillips observed Officers Stevens and Shannon placing Inmate Guinn, Tyrone 00375731 in the interview room on D tier. Sgt. Phillips immediately went to D Tier where Sgt. Phillips found out from Officer Stevens that Inmate Guinn had tried to throw Feces at inmate [redacted] 00350002, however Inmate Guinn missed Inmate [redacted] and hit both Officers Shannon and Stevens. This happened as Inmate [redacted] was escorted from DL10 to a yard. Inmate Guinn was in D yard 2. The Feces that Inmate Guinn throw was all over Inmate Shannon from head to toe, Inmate Stevens had Feces all over the back of his pants. Inmate Guinn was secured in Interview room on D wing and then both Officer Stevens and Shannon were removed from the tier, so we could get them out of their clothes and sent home to get cleaned up. As we were coming off of tier Officer Stevens also showed me that he had been cut in three different spots on his right hand due to Inmate Guinn pulling away from him. At this time Sgt. Phillips called Lt. office to speak to Lt. Rispoli however Lt. Rispoli was at chow on the compound, so Sgt. Phillips called Building 20 to have them find out what chow hall Lt. Rispoli was working in and tell him to call me ASAP. Lt. Rispoli contacted Building 19 and spoke to officer Stevens at which time Officer Stevens told Lt. Rispoli what had happened and Lt. Rispoli said he was on his way.

Sgt. Phillips then told Officer Shannon to get out of his clothes and Cpl. Percich called receiving to obtain clothing for Officer Shannon to wear.

Sgt. Phillips then started to go back to D tier at which time I saw Captian McCreanor coming down to the building. Sgt. Phillips explained situation to Captain McCreanor and then Captain McCreanor gave the order to move Inmate Guinn to C- Isolation. When Sgt. Phillips and Captain McCreanor entered Interview room Captain McCreanor asked Inmate Guinn why he did that and he said, "I was trying to hit the Inmate not the C/O's".

Sgt. Phillips then instructed Inmate Guinn to get up at which time Sgt. Phillips took control of Inmate Guinn by placing my hand over handcuffs that had been placed on Inmate Guinn.

Sgt. Phillips escorted Inmate Guinn to building 18 C L 2. Inmate Guinn was then ordered to lay down on bunk in C L 2 while handcuffs and shackles were removed. Inmate Guinn was then ordered to take off his clothing and then after being checked was given his boxers. Sgt. Phillips also had Nurse [redacted] check Inmate Guinn. Nurse [redacted] cleared Inmate Guinn.

Sgt. Phillips then returned to building 19 at which time Inmate Guinn's property was packed and inventoried, pictures were taken of area, pictures were taken of Officer Stevens hand, Officer Shannon's clothing was bagged up and tagged as evidence. Pictures and evidence were all turned over to Lt. Rispoli.

Sgt. Phillips then obtained bio suits, bleach, and all other cleaning material needed to clean up area. Sgt. Phillips obtained two volunteers from tier to clean up Feces. Volunteers were Inmates DU 5 Gutierrez, Charles (tierman), and D U 4 Jones, Charles. Both Inmates were issued Bio suits, mask, boots, gloves, and cleaning supplies. Both Inmates cleaned up Feces from floor, wall, and fence. Sgt. Phillips and Cpl. Percich were on tier during entire cleaning process.

After Cleaning process was complete Sgt. Phillips told both Inmates to take showers.

All cleaning material was placed in bags for trash.

Note: Sgt. Phillips also allowed Inmate Hill to take a shower just in case feces had gotten on him however it did not appear any did.

No Further Incident to report.

Pg. 13

Incident# 1013325

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

Date: 07/01/20

# INCIDENT REPORT

Group#: 990 Type: Inmate Involved Incident Date: 06/30/2004 Time: 19:10 Confidential: No

Facility: DCC Delaware Correctional Center Followup Required : No

Incident Location: Bldg.19 D Tier

Location Description:

Violated Conditions: 1.06/200.203 Disorderly or Threatening Behavior
1.02/200.201 Assault
1.18/200.218 Possession of Dangerous Contraband
2.03/200.106 Creating a Health, Safety or Fire Hazard

Description of Incident:

On 6/30/04 at approx. 1710 in bldg. #14-A chow hall while supervising Pretrial inmates I (Rispoli) was radio'ed by Officer Kitching directing me to contact bldg. #19 A.S.A.P. I phoned bldg. #19 and Officer Stevens reported that I/M Guinn threw human waste all over Officer Shannon. Stevens received three cuts on his right hand when he scuffled with I/M Guinn trying to subdue him. I told Stevens that I was on my way over. Capt. McCreanor radio'ed me telling me he was on his way to #19. I was relieved in #14-A about five minutes later and I reported directly to bldg. #20 where I observed Capt. McCreanor, Sgt. Phillips and Officer Shannon escorting I/M Guinn out of #19 to #20. I then accompanied them to bldg. #18 where I/M Guinn was transferred to CL2 Isolation. I/M Guinn reported to me that he was not trying to throw human waste on Officers that he meant to throw it on I/M Ernest Hill. Sgt. Phillips confirmed this. I/M Guinn was strip searched in isolation and seen by Nurse [redacted] Staats reported that Guinn was fine that he did not have any bumps, bruises or scratches.
Sgt. Phillips photographed Officer Stevens injuries and the wall and floor where human waste was splattered.
Officers Stevens and Shannon sent home to shower and change clothes. Stevens seen by Nurse [redacted] the SHU.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A Date Collected: N/A

Discovered By : N/A Secured By: N/A

Type of Force Used: [ ] PHYSICAL [ ] CHEMICAL [ ] STUN [ ] OTHER [ ] CAPSTUN [X] NONE

Restraints Used : N/A

Immediate Action Taken:
I/M Guinn transferred from #19 DL9 to #18 CL2 Isolation.

Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |
| Staff | Michael, Mccreanor | N/A | Shift Commander - Large Inst. |
| Staff | Neil, Stevens A | N/A | Correctional Officer |
| Staff | Malcolm, Shannon | N/A | Correctional Officer |
| Staff | David, Phillips | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Tyrone, Guinn L | 00375731 | N/A |
| Inmate | [redacted] | 00350002 | N/A |
| Staff | [redacted] | N/A | Contractors - Medical |
| Staff | Ronald, Kitching | N/A | Correctional Officer |

Reporting Officer: Rispoli, Marcello T (Staff Lt./Lt) Entered By: Rispoli, Marcello T (Staff Lt./Lt)

Approval Information

[X] Approved [ ] Disapproved Date: 06/30/2004 Approved by: Mccreanor, Michael (Shift Commander - Large Inst.)

Comments: Risk Assesment Form and Use of Force Form will be completed on Thursday, July 1.
Mr. Hosterman, On Call Person, notified.
D/W Burris notified.

Name: Tyrone Guinn

Re: Recive my Sheets, Blankets & clothing.

July 5, 2004

Dear. Lt. Marcello, Rispoli t. my Name Is Tyrone Guinn I Been In the hole since 6/30/04 since I Been Down here From when you Sent me down here In took away my Clothin, I havint Recived my Clothin Back yet and havint Ether Recived no Sheet's or Blankets In I'm wunderin when will I Recive my Stuff? I Been down here 6 day's now In I havint yet Recived anything.

Name: Tyrone Guinn

Re: Recive my Sheets, Blanket's & Clothing

July 1, 2004

Dear: Sift Commander Capt. Mc Creenor, my Name is Tyrone Guinn I Been in the hole Since 6/30/05 since you and Lt. Marello Rispoli, I'll took my Clothing I Havint Recived them all Last Nite all Day and I'm Freezing down here I Need my Clothing. So when you have the Time Can you Send my Clothing Becouse this Is Cruel and unusual Punishment.

(17)

Inmate Copy

CO C# 9280

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC

DATE: July 2, 2004

GRIEVANT'S NAME: Tyrone Guinn

SBI#: 375731

CASE#: 4878

TIME OF INCIDENT: 7-2-04

HOUSING UNIT: C- SHU 18

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I was placed in Isolation under strip cell conditions when I was not a threat to myself or been classified or recommended by Mental Health personnel after being seen and determined to be a threat to my life. I never said I was going to harm myself and if I did mental health would've had to see me and determine if I should be kept under suicide status and stripped of my clothing etc. The conditions that I was placed is against the law as a law suit was filed on this exact practice and was considered Cruel & Unusual punishment.

ACTION REQUESTED BY GRIEVANT: That I be given the blanket, sheet and clothing that I am entitled of.

GRIEVANT'S SIGNATURE: T. Guinn

DATE: 7-02-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:________________ DATE:____________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

RECEIVED
JUL 08 2004
Inmate Grievance Office

THE COMPUTATION OF DAMAGES
- AND -
SUPPORTING MATERIAL to the COMPUTATION
PURSUANT to RULE 26(A)(1), FED. R CIV. P.

PLANTIFF WAS DEPRIVED OF SHEET(S) AND BLANKET(S) AND Clothin (DUE PROCESS) THE CONditions That THE DEFENDANT(S) PLCCED PLANTIFF INN WAS "UNQUESTIONED AND SERIOUS DEPRIVATION(S) OF human NEEDS" PLENTIFF Was DEPRIVED OF "MINIMAL CIVILIZED MEASURE OF LIFE'S NECESSITIES" THE Conditions Plentiff was BEIN held INN Also had A "mutually ENFORCING Effect that Produced the DEPRIVATION OF A SINGLE IDENTIFIABLE human NEED." FOR 14 teen DAY(S) HE Was HELD IN ISO. CONFIMENT AND HAD NO WARMth But THE LITTLE toLET PAPER That Was ISSURED, While DURN the Low Cell Temperature at Night Combined with A Failure to ISSUE BlANKET(S). PLATIFF WAS DEPRIVATED OF Basic human NeeDs SO BAD, That It Was SERIOUS ENOUGH DURN times to Cause "wanton AND UNNECESSARY INFLICTION OF Pain." EVEN Thou Conditions DID NOT Cause DANGEROUS DAMAGES, However, THEY NEED NOT INFLICT PHYSICAL INJURY OR

Cause Lasting or Permanent harm the unsafe Condition s Such as the Above HAS "Posed an unreasonable Risk of serious Damage to the Plantiff Futher Health" May Violate the Eight Amendment even IF the Damage has Not yet occurred and may Not affect every Prisoner exposed to the Conditions the Plantiff Has suffered these Conditions From June 30th 2004 till June 13th 2004.

to: COUNSEL OF RECORD

**CERTIFICATE OF SERVICE**

I, TYRONE GUINN, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 20th day of July, 2006.

to: OPhelia M. Waters, ID# 3879
Deputy Attorney General
Department of Justice
820 North French Street *(Or other address if filed in a different county)*
Wilmington, DE 19801

7/20/06
Date signed

[signature]
Signature of Movant (Notarization not required)

C/O to: Peter T. Dalleo Clerk of Court. United States District Court Lockbox 18 844 King St. U.S. Courthouse Wilm, Delaware 19801

I/M Tyrone Griffin
SBI# 375731 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
02 1A $ 04.20
0004606975 JUL 18 2
MAILED FROM ZIP CODE 19

to: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

JUL 19 2006

13-01-01

-LEGAL MAIL-