OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 19, 2006

TO: Tyrone Guinn
SBI# 375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE:  Return of Extra Copies Received on 7/19/06; 06-75(KAJ)*

Dear Mr. Guinn:

This office received extra copies of your filing on 7/19/06. If it is your intention for the Clerk's Office to serve local counsel, please be advised that the Clerk's Office is not responsible for serving your documents.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent Jordan
enc: Extra Copies of Document filed on 7/19/06