Please: REPLY to: Chambers of KENT A. Jordan.
NEW Castle County

JULY 26th, 2006

- District Judge -
LOCKBOX 10  844 King St. U.S. Court House  Wilm,
DELAWARE  19801.

RE: TYRONE Guinn   V. Thomas Carroll, Et al.
       Civil Action No. 06-75-KAJ

Prior to Judge Court Order the Plaintiff has confer pursuant to Fed. R. Civ. P. 26(F) and submitted a Join Discovery Plan to the undersigned prior to the Conference with the Court.

The Forward Discovery Plan has conformed to the form of scheduling order previously issued on June 27, 2006.

Enclosed please find a copy of the order



Very Truly Yours,

Tyrone H. Guinn   SBI: 376431
Plaintiff

THG: TEZ
ENCLOSURE.

| Page | Report Date: 7/18/06 | AGENCY: Delaware Correctional Center | Complaint: Defendant |
|---|---|---|---|
| | Name Defendant: David Phillips, | TELEPHONE NUMBER 302) 653-9261 | |
| Address: 1181 Paddock Rd. DCC - DELAWARE CORRECTIONAL C. SMYRNA, DE 19977 | | | |

| Page | Report Date: 7/18/06 | AGENCY: Delaware Correctional Center | Complaint: Defendant |
|---|---|---|---|
| | Name Defendant: MR. MC CREANOR, | TELEPHONE NUMBER 302) 653-9261 | |
| Address: 1181 Paddock Rd. DCC - DELAWARE CORRECTIONAL C. SMYRNA, DE 19977. | | | |

| Page | Report Date: 7/26/06 | AGENCY: Delaware Correctional Center | Complaint: Defendant |
|---|---|---|---|
| | Name Defendant: MR. GONZALEZ, | TELEPHONE NUMBER 302) 653-9261 | |
| Address: 1181 Paddock Rd. DCC - DELAWARE CORRECTIONAL C. SMYRNA, DE 19977 | | | |

IDENTIFYING INFORMATION PURSUANT TO:
RULE 26 (F).

| page 1 | Report Date 7/8/06 | Agency: Delaware Correctional Center | Complaint: Defendant | |
|---|---|---|---|---|
| | Name Defendant: Thomas Carroll | Telephone Number: 302) 653-9261 | | |
| Address: 1181 Paddock Rd. DCC - Delaware Correction C. Smyrna, DE 19977 | | | | |

| page 2 | Report Date 7/8/06 | Agency: Delaware Correctional Center | Complaint: Defendant | |
|---|---|---|---|---|
| | Name Defendant: Marcello Rispoli | Telephone Number: 302) 653-9261 | | |
| Address: 1181 Paddock Rd. DCC - Delaware Correctional C. Smyrna, DE 19977 | | | | |

| page 2 | Report Date 7/8/06 | Agency: Delaware Correctional Center | Complaint: Defendant | |
|---|---|---|---|---|
| | Name Defendant: Lise Merson | Telephone Number: 302) 653-9261 | | |
| Address: 1181 Paddock Rd. DCC - Delaware Correctional C. Smyrna, DE 19977 | | | | |

Identifying Information Pursuant to Rule 26 (F).

| Page 3 | Report Date 7/24/06 | Agency: Delaware Correctional Center | | Complaint: Plaintiff |
|---|---|---|---|---|
| SBI: 375731 | Name Plantiff: Tyrone Guinn | Telephone: N/A | | |
| Address: 1181 Paddock Rd DCC - Deleware Correctional C. Smyrna, DE 19977 | | | | |

Signing of Disclosures, Discovery Requests, Respones, and Objections. Pursuant to: FRD. Rule of Civil Proc. Rule 26, (F).

Now Comes this, July 26th, Day of 2006, that the Certification to the best of Plantiff knowledge, info, and belief, formed after a reasonable inquiry, the disclosure is complate and correct as the time It is made.

Very Truly Yours,

*[signature]*

Tyrone H. Guinn   SBI: 375731
Plantiff

Rule 34.(A): Documents and Tangible Objects.

Inspection of Documents and Tangible Objects will be permitted upon reasonable notice and during normal business hours. Please contact me at Delaware Correctional Center 1181 Paddock Rd. Smyrna, Del. 19977. to arrange for a mutually convenient time for inspection.

Rule 26.(a)(B) Expert Witness:
The identity and substance of the opinions of Exper witnesses:
None at time.

Rule 26.(A)(1)(B): Copys and Descriptions and Location of All Documents(s) Relevant Written, Recorded or data Compilations, and Tangible Things that are in the Possession, Custody, or Control of the Party and that the Disclosing Party may use to support It's Claims or Defenses, unless solely for Impeachment.
— See enclosed Plaintiff Reports. —

SUMMARIES of evidence
"Exhibit"
Pursue to Rule 402, 403 of the Federal Rule(s) of Evidence, Fed. R. 26 (F).

I.) Is a Exhibit of: Defendant Officer David Phillips "Incident Report" of hem Placen Plantiff In Isolation Confiment 14teen Day(s) with only his undershort(s) tha he was deprived of by above Defendant. "(Plantiff was later found not Guilty on Cherges Agianst hem, on both I, II, of the Defendant Incident Reports.)"

II.) Is a Exhibit of: Defendant Officer Cpt. Marcell Rispoli T. "Incident Report" of hem also Place Plantiff In Isolation Confiment 14teen Day(s) with only his undershort(s) When Above Defendant also Acted with "Deliberate Indifference" When he help "AC Companied" Defendant D. Phillips, And Cpt. MC. Creanor to Build 18 Isolation and Striped Searched Plantiff givin hem only his under shorts.

III.) Is a Exhibit of: Defendant(s) I, II "Incident Report" with Cpt. MC. Creanor "Involvment" In Both of the Above Defendant(s) Incident Reports, to Verifie he was there on that very Day and Is also liable of Plantiff complaint

IV.) IS A Exhibit OF: Plentiff Copy Letter he had SENt to Sift Commender Cpt. MC. Creednor on July 1, 2004 askin to Recive his Sheet(s) Blanket(s) AND Clothin.

V.) IS A Rxhibit OF: Plentiff "Copy" Letter he had SENt to Lt. Marcello, Risfoli on July 5, 2004 askin to Recive his Sheet(s), Blankets), and Clothin.

VI.) IS A Rxhibit OF: Plentiff Grievence form Complainin about the Cruel unsual Punishment Conditions he was Bein held in without any Clothing Sheet(s), Blanket(s) AND was Return Back to nem BY Grievence Chair Personal Defendant LiSE M Merson on July 08 2004 on the Bases of: Non Grievable / Disciplinary Action on that very day of July 2, 2004.

| Incident# | DCC Delaware Correctional Center | Date: 07/01/200 |
|---|---|---|
| 1013329 | Smyrna Landing Road SMYRNA DE, 19977 Phone#: 302-653-9261 | |

## INCIDENT REPORT

Group#: 990    Type: Inmate Involved    Incident Date: 06/30/2004    Time: 17:00    Confidential: No

Facility: DCC Delaware Correctional Center    Followup Required: No

Incident Location: Bldg. 19 D Tier

Location Description:

Violated Conditions: 1.02/200.201 Assault
1.06/200.203 Disorderly or Threatening Behavior

Description of Incident:

On 6/30/2004 at approx 1700 when Sgt. Phillips was coming off of A wing after collecting trays Sgt. Phillips observed Officers Stevens and Shannon placing Inmate Guinn, Tyrone 00375731 in the interview room on D tier. Sgt. Phillips immediately went to D Tier where Sgt. Phillips found out from Officer Stevens that Inmate Guinn had tried to throw Feces at Inmate ███████ 00350002, however Inmate Guinn missed Inmate ██ and hit both Officers Shannon and Stevens. This happened as Inmate ███ was escorted from DL10 to a yard. Inmate Guinn was in D yard 2. The Feces that Inmate Guinn throw was all over Inmate Shannon from head to toe. Inmate Stevens had Feces all over the back of his pants. Inmate Guinn was secured in Interview room on D wing and then both Officer Stevens and Shannon were removed from the tier, so we could get them out of their clothes and sent home to get cleaned up. As we were coming off of tier Officer Stevens also showed me that he had been cut in three different spots on his right hand due to Inmate Guinn pulling away from him. At this time Sgt. Phillips called Lt. office to speak to Lt. Rispoli however Lt. Rispoli was at chow on the compound, so Sgt. Phillips called Building 20 to have them find out what chow hall Lt. Rispoli was working in and tell him to call me ASAP. Lt. Rispoli contacted Building 19 and spoke to officer Stevens at which time Officer Stevens told Lt. Rispoli what had happened and Lt. Rispoli said he was on his way.

Sgt. Phillips then told Officer Shannon to get out of his clothes and Cpl. Percich called receiving to obtain clothing for Officer Shannon to wear.

Sgt. Phillips then started to go back to D tier at which time I saw Captian McCreanor coming down to the building. Sgt. Phillips explained situation to Captain McCreanor and then Captain McCreanor gave the order to move Inmate Guinn to C- Isolation. When Sgt. Phillips and Captain McCreanor entered Interview room Captain McCreanor asked Inmate Guinn why he did that and he said, "I was trying to hit the Inmate not the C/O's".

Sgt. Phillips then instructed Inmate Guinn to get up at which time Sgt. Phillips took control of Inmate Guinn by placing my hand over handcuffs that had been placed on Inmate Guinn.



Sgt. Phillips escorted Inmate Guinn to building 18 C L 2. Inmate Guinn was then ordered to lay down on bunk in C L 2 while handcuffs and shackles were removed. Inmate Guinn was then ordered to take off his clothing and then after being checked was given his boxers. Sgt. Phillips also had Nurse ███████ check Inmate Guinn. Nurse ███████ cleared Inmate Guinn.

Sgt. Phillips then returned to building 19 at which time Inmate Guinn's property was packed and inventoried, pictures were taken of area, pictures were taken of Officer Stevens hand, Officer Shannon's clothing was bagged up and tagged as evidence. Pictures and evidence were all turned over to Lt. Rispoli.

Sgt. Phillips then obtained bio suits, bleach, and all other cleaning material needed to clean up area. Sgt. Phillips obtained two volunteers from tier to clean up Feces. Volunteers were Inmates DU 5 Gutierrez, Charles (tierman), and D U 4 Jones, Charles. Both Inmates were issued Bio suits, mask, boots, gloves, and cleaning supplies. Both Inmates cleaned up Feces from floor, wall, and fence. Sgt. Phillips and Cpl. Percich were on tier during entire cleaning process.

After Cleaning process was complete Sgt. Phillips told both Inmates to take showers.

All cleaning material was placed in bags for trash.

Note: Sgt. Phillips also allowed Inmate Hill to take a shower just in case feces had gotten on him however it did not appear any did.

No Further Incident to report.

| Incident# | DCC Delaware Correctional Center | Date: 07/01/200 |
|---|---|---|
| 1013325 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

## INCIDENT REPORT

Group#: 990   Type: Inmate Involved   Incident Date: 06/30/2004   Time: 19:10   Confidential: No

Facility: DCC Delaware Correctional Center   Followup Required: No

Incident Location: Bldg.19 D Tier

Location Description:

Violated Conditions: 1.06/200.203 Disorderly or Threatening Behavior
1.02/200.201 Assault
1.18/200.218 Possession of Dangerous Contraband
2.03/200.106 Creating a Health, Safety or Fire Hazard

Description of Incident:

On 6/30/04 at approx. 1710 in bldg. #14-A chow hall while supervising Pretrial inmates I (Rispoli) was radio'ed by Officer Kitching directing me to contact bldg. #19 A.S.A.P. I phoned bldg. #19 and Officer Stevens reported that I/M Guinn threw human waste all over Officer Shannon. Stevens received three cuts on his right hand when he scuffled with I/M Guinn trying to subdue him. I told Stevens that I was on my way over. Capt. McCreanor radio'ed me telling me he was on his way to #19. I was relieved in #14-A about five minutes later and I reported directly to bldg. #20 where I observed Capt. McCreanor, Sgt. Phillips and Officer Shannon escorting I/M Guinn out of #19 to #20. I then accompanied them to bldg. #18 where I/M Guinn was transferred to CL2 Isolation. I/M Guinn reported to me that he was not trying to throw human waste on Officers that he meant to throw it on I/M Ernest Hill. Sgt. Phillips confirmed this. I/M Guinn was strip searched in isolation and seen by Nurse ████. Staats reported that Guinn was fine that he did not have any bumps, bruises or scratches.
Sgt. Phillips photographed Officer Stevens injuries and the wall and floor where human waste was splattered.
Officers Stevens and Shannon sent home to shower and change clothes. Stevens seen by Nurse ████ the SHU.

| Injured Persons | Hospitalized | | Nature Of Injuries |
|---|---|---|---|
| N/A | N/A | N/A | |

Evidence Type: N/A   Date Collected: N/A
Discovered By: N/A   Secured By: N/A

Type of Force Used: [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used: N/A

Immediate Action Taken:
I/M Guinn transferred from #19 DL9 to #18 CL2 Isolation.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |
| Staff | Michael, Mccreanor | N/A | Shift Commander - Large Inst. |
| Staff | Neil, Stevens A | N/A | Correctional Officer |
| Staff | Malcolm, Shannon | N/A | Correctional Officer |
| Staff | David, Phillips | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Tyrone, Guinn L | 00375731 | N/A |
| Inmate | ████ | 00350002 | N/A |
| Staff | ████ | N/A | Contractors - Medical |
| Staff | Ronald, Kitching | N/A | Correctional Officer |

Reporting Officer: Rispoli, Marcello T (Staff Lt./Lt)   Entered By: Rispoli, Marcello T (Staff Lt./Lt)

### Approval Information

[X] Approved  [ ] Disapproved   Date: 06/30/2004   Approved by: Mccreanor, Michael (Shift Commander - Large Inst.)

Comments: Risk Assesment Form and Use of Force Form will be completed on Thursday, July 1.
Mr. Hosterman, On Call Person, notified.
D/W Burris notified.

Name: TYRONE Guinn

RE: Recive my Sheets, Blankets & clothin.

July 5, 2004

Dear: Lt. Marcello, Rispul: to my Name IS TYRONE Guinn I Been IN the hole since 6/30/04 since I Been Down here from when you sent me down here IN took away my Clothin, I havin't Recived my clothin Back yet and havin either Recived No Sheets oR Blankets IN I'm wnondering when will I Recive my Stuff? I Been down here 6 days Now IN I havn't yet Recived anything.

Name: Tyrone Quinn
Re: Recive my Sheet's, Blenket's & Clothin,

July 1, 2004

Dear Sift Commender Capt. Mc.Creenor, My name is Tyrone Quinn I Been in the hole since 6/30/05 since you and Lt. Marello Rispoli, In took my Clothin I Havint Recived them all last Nite all Day and I'm Freezin down here I Need my Clothin. So when you have the Time Can you Sen my Clothin Becouse this is Cruel and Unusual Punishment.

Inmate Copy

FORM #584

## GRIEVANCE FORM

FACILITY: **DCC**    DATE: **July 2, 2004**

GRIEVANT'S NAME: **Tyrone Guinn**    SBI#: **375731**

CASE#: **4878**    TIME OF INCIDENT: **7-2-04**

HOUSING UNIT: **C-SHU 18**

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I was placed in isolation under strip cell conditions when I was not a threat to myself or been classified or recommended by Mental Health personnel after being seen and determined to be a threat to my life. Braxen said I was going to harm myself and if I did mental health would had to see me and determine if I should be kept under suicide status and stripped of my clothing etc. The conditions that I was placed is against the law as a law suit was filed on this exact practice and was considered Cruel & Unusual punishment.

ACTION REQUESTED BY GRIEVANT: That I be given the blanket, sheet and clothing that I am entitled of.

GRIEVANT'S SIGNATURE: _____    DATE: **7-02-04**

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
JUL 0 8 2004
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

\_\_\_\_\_ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

__✓__ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   __✓__ Disciplinary Action   \_\_\_\_\_ Parole Decision
\_\_\_\_\_ Classification Action

\_\_\_\_\_ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

\_\_\_\_\_ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____ .

\_\_\_\_\_ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

\_\_\_\_\_ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

\_\_\_\_\_ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.


_____
Inmate Grievance Chairperson

JUL 08 2004

Form#: 584 (F&B)
(Reverse Revised July '99)

THE COMPUTATION OF DAMAGES
- AND -
SUPPORTING MATERIAL to the COMPUTATION
PURSUANT TO: 26(C) AND PURSUANT to RULE 26(F) OF F.FED. R Civ. P.

PLANTIFF WAS DEPRIVED OF SHEET(S) AND BLANKET(S) AND CLOTHIN (DUE PROCESS) THE CONDITIONS THAT THE DEFENDANT(S) PLACED PLANTIFF INN WAS " UNQUESTIONED AND SERIOUS DEPRIVATION(S) OF human NEEDS" PLANTIFF WAS DEPRIVED OF "MINIMAL CIVILIZED MEASURE OF LIFE'S NECESSITIES" THE Conditions PLANTIFF WAS BEIN HELD INN Also had A "MUTUALLY ENFORCING EFFECT THAT Produced the DEPRIVATION OF A SINGLE IDENTIFIABLE human NEED." FOR 14 teen DAY(S) he was HELD IN ISO. CONFINMENT AND HAD NO WARMth But the LITTLE tolet PAPER THAT WAS ISSURED, while DURN the Low Cell TEMPERATURE at Night combined with A Failure to ISSUE BLANKET(S). PLANTIFF WAS DEPRIVATED OF Basic human NEEDS So Bad That It was SERIOUS ENOUGH DURN TIMES to Cause "WANTON AND UNNECESSARY INFLICTION OF Pain." EVEN Thou Conditions DID Not Cause DANGEROUS DAMAGES, However, They NEED Not INFLICT PHYSICAL INJURT OR

- cause lasting or permenent Harm the
- unsafe conditions such as the Above
HAS "POSED AN unReasonable Risk OF serious Damage to THE PLANTIFF Futher Health" MAY Violate the Eight AMENDMENT EVEN IF the DAMAGE has Not Yet occurred AND MAY Not Affect every Prisoner Exposed to the Conditions The Plantiff Has Suffered these Conditions From June 30th 2004 till June 13th 2004, while the Defendants acted with Reckless Indifference To MY Rights), ill will, IN Desire to Injure, or malice.

_____
Tyrone Guinn    SBI: 375731
Plantiff,

## Certificate of Service

I, Tyrone Guinn, hereby certify that I have served a true and correct copy of the attached Motion/Discovery upon the following party, on the 06th day of Aug. 2006.

To: Chamber(s) of: Kent A Jordan K.A.J.
Office at the: United States District Court
844 N. King St. Lockbox 18 Wilm, Del, 19801-3570

06th Day of Aug.
Date Signed

_____
Signature of Plaintiff

SBI: 375731

TYRONE QUINN
SBI# 315731 UNIT N-U-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

- LEGAL MAIL -

to: Office of the Clerk
United States District court
844. N. King St., Lockbox 18
Wilm, Del., 19801-3570

