SAMPLE FORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Tyrone Guinin
APPELLANT,

v.                                                                    C.A. No. 06-75-KAJ

Thomas Carroll, et al,
APPELLEE,

### MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, Tyrone Guinin, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:
1. Appellant is incarcerated.
2. Appellant is unskilled in the law.
3. The administration at the Delaware Correctional Center where the appellant is held limits his access to the law library.
4. Appointment of counsel would serve the best interests of justice in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 8/9/06

Name: Tyrone Guinir
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE. 19977

SAMPLE FORM



FILED
AUG 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

to: COUNSEL OF RECORDS.

## CERTIFICATE OF SERVICE

I, TYRONE GUINN, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 20th day of Aug., 2006.

to: OPhelia M. Waters, ID# 3879
Deputy Attorney General
Department of Justice
820 North French Street   (Or other address if filed in a different county)
Wilmington, DE 19801

___8/20/06___
Date signed

___[signature]___
Signature of Movant (Notarization not required)

Discovery / motion App. of counsel.

IM Tyrone Givins
SBI# 315731 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

— Legal mail —

to: OFFice of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, Del. 19801-3570