IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tyrone Guinn,  )<br>　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>　　v.　　　　　　　　　)<br>　　　　　　　　　　　　)<br>Thomas Carroll, Marcello Rispoli, Lise　)<br>Merson, David Phillips, Mr. McCreanor, and )<br>Mr. Gonzalez,　　　　　　)<br>　　　　Defendants.　　　| Civil Action No. 06-075-KAJ |

## NOTICE OF SERVICE

The undersigned certifies that on October 31, 2006, she caused the *State Defendants' Production of Documents D1 to D636* to be delivered to the following persons in the form and manner indicated:

**One copy by first class mail, postage prepaid, to each recipient:**

Tyrone Guinn, Inmate
SBI No.:  375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE   19977

　　　　　　　　　　　　　　　　　　STATE OF DELAWARE
　　　　　　　　　　　　　　　　　　DEPARTMENT OF JUSTICE

　　　　　　　　　　　　　　　　　　____/s/ Ophelia M. Waters_____
　　　　　　　　　　　　　　　　　　Ophelia M. Waters, I.D. #3879
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Carvel State Building
　　　　　　　　　　　　　　　　　　820 N. French Street, 6th floor
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　Ophelia.Waters@state.de.us
　　　　　　　　　　　　　　　　　　Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I have mailed by United States Postal Service, the *State Defendants Production of Documents D1 – D636* to the following:

Tyrone Guinn, Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware, 19977.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us