


## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

November 6, 2006

**PLEASE REPLY TO:**

New Castle County-Civil Division

The Honorable Kent A. Jordan
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:   Guinn v. Carroll, et al.
            C.A. No. 06-075 (KAJ)

Dear Judge Jordan:

      On behalf of the Defendants, I am responding to the Court's Order of August 14, 2006, directing that counsel report by letter to the Court regarding the status of the above-referenced matter. It appears that all initial pleadings have been filed in this case. As the Court may recall, this matter has been referred to Magistrate Judge Thynge for the purposes of exploring possible resolution. Judge Thynge has scheduled a mediation conference for November 21, 2006 at 9:00 a.m. with the parties.

      In order to meet the Court's discovery deadline I seek to schedule the deposition of Mr. Guinn for November 17, 2006 beginning at 9:00 a.m. As discovery disclosures remain outstanding, to date, I expect that same would be forthcoming in accordance with the Court's Scheduling Order. At this point I would anticipate filing a case dispositive motion at the completion of discovery.

                                    Respectfully submitted,

                                      /s/ Ophelia M. Waters

                                    Ophelia M. Waters
                                    Deputy Attorney General

OMW/vd
cc:   Tyrone Guinn