IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Tyrone Guinn, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-075-KAJ |
| Thomas Carroll, Marcello Rispoli, Lise | ) | |
| Merson, David Phillips, Mr. McCreanor, and | ) | |
| Mr. Gonzalez, | ) | |
|     Defendants. | | |

### DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF

    Defendants, by undersigned counsel, hereby move for leave of Court pursuant to Federal Rule Civil Procedure 30(a)(2) and Local Rule 30.1 to take the deposition of Tyrone Guinn, by oral examination, who is confined in the Delaware Correctional Center, Smyrna, Delaware in order for Defendants to obtain discovery regarding matters relevant to their defense.

    Since the plaintiff in this action is an unrepresented prisoner incarcerated in the Delaware Correctional Center, and is unable to be reached by telephone and other contact is impractical, counsel has spent no time attempting to reach an agreement on the subject of the motion.

    WHEREFORE, Defendants respectfully requests that the deposition by oral examination of Tyrone Guinn be taken on Friday, November 17, 2006 at 9:00 AM at the Delaware Correctional Center, Smyrna, Delaware and same be taken before a person authorized to administer oaths

pursuant to Rule 28 of the Federal Rules of Civil Procedure.  The deposition will be recorded by stenographic means.

                      **STATE OF DELAWARE**
                      **DEPARTMENT OF JUSTICE**

                _____/s/ Ophelia M. Waters____
                Ophelia M. Waters, I.D. #3879
                Deputy Attorney General
                Department of Justice
                Carvel State Building
                820 N. French Street, 6th Floor
                Wilmington, DE 19801
                (302) 577-8400

Dated: November 6, 2006

    SO ORDERED this _____ day of November, 2006.

                _____
                Kent A. Jordan, Judge

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on November 6, 2006, she caused the attached Defendants' Motion for Leave to take Deposition to be delivered to the following persons in the form and manner indicated:

NAME AND ADDRESS OF RECIPIENT(S):

Tyrone Guinn, Inmate
SBI No.: 375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MANNER OF DELIVERY:

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

                                                                                  /s/ Ophelia M. Waters
                                              OPHELIA M. WATERS, ID #3879
                                              Deputy Attorney General
                                              Carvel State Office Building
                                              820 N. French Street, 6th Floor
                                              Wilmington, DE 19801
                                              302-577-8400