IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Tyrone Guinn, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-075-KAJ |
| Thomas Carroll, Marcello Rispoli, Lise | ) | |
| Merson, David Phillips, Mr. McCreanor, and | ) | |
| Mr. Gonzalez, | ) | |
|     Defendants. | | |

To:    Tyrone Guinn, Inmate
        SBI No.: 375731
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE 19947

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on Friday, November 17, 2006 Defendants' counsel will take the oral deposition of Tyrone Guinn at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19947 at 9:00 am before a notary public or person authorized to administer oaths. The deposition will be recorded by stenographic means.

                                      STATE OF DELAWARE
                                      DEPARTMENT OF JUSTICE

                                      /s/ Ophelia M. Waters
                                      Ophelia M. Waters, (I.D. # 3879)
                                      Deputy Attorney General
                                      820 North French Street, 6th Floor
                                      Carvel State Building
                                      Wilmington, DE 19801
                                      (302) 577-8400
                                      ophelia.waters@state.de.us

November 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2006, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on November 8, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Tyrone Guinn.

/s/ Ophelia M. Waters
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us