November 8, 2006

The Honorable Kent A. Jordan
US District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

      RE:    Tyrone Guinn v. Thomas Carroll, et al.
             C.A. No.:  06-075-KAJ

Dear Judge Jordan:

      In accordance with the Scheduling Order entered, the parties have initiated discovery in this case which is proceeding to date. As reported in the case status letter to Your Honor, Magistrate Judge Thynge has scheduled a mediation conference to be held on November 21, 2006 with the parties to facilitate resolution of the case.

      Therefore, at this time, the parties do not have anything further to report or add, and respectfully request that the status conference scheduled for November 13, 2006 be taken off the Court's calendar.

                              Respectfully submitted,

                              /s/ Ophelia M. Waters

                              Ophelia M. Waters
                              Deputy Attorney General

OMW/vd

cc:    Clerk of Court
       Tyrone Guinn