Nov. 6 '06

FROM:
Tyronce Guinns
   PLANTiFF,



Please Reply to: Judge:
KENt JORDAN United State District Curt
844 N. King St, Lockbox 18
Wilm, DEL. 19801-3570.

RE: Tyronce Guinns V. Thomas Carroll, et al.
C.A. No: 06-0075-KAJ

DEAR: Jugle MR. Kent Jordan:
Please Find The "INteRim Status Report"
Pursuant To The Proposed Scheduling order

T.G
ENClosure

Pursue to Scheduling Order
Interim Status Report

06-75

Dear: Honorble District Judge Mr. Kent Jordan, I'm the Plantiff In Civil Action No. 06-75-KAJ Pursue to your Scheduling Order I'm Providen you with Ri

"I.) An Interim Report on the Nature of the Matter

II.) In Issue and the Progress of Discovery to date.

1.) On Aug 20, 06 I sent State Atty: Ophelia Waters my Discovery Requst on what I'm Requstin pursue to Fed. Rule 26 (1)(A)(B)(D) Discovery.

2.) And on Sep 8, 2006 I Called Defendants Counsel to see If she "Sadfly" Recived my Requst, She Indicated: Yes, And understood my Requst, And will have the Requst "Discovery" Requst In 30# days from the date of that date. And well also Try to have C/o David Phillips Phone Number and Address.

3.) So on Oct. 8, 2006 [Due Date] Defendant Counsel di Not Respond To This Requst after 30 days Nor did They Contact me for the Delay of my Discovery or the Resonr for Not Supplyin my Requst.

FILED
NOV 1 4 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4.) Next, October 18, 06 I Called Defendant Counsel office, pointing out that their Responses were a month late, and whats up on the update of my Request for Discovery sent on Aug. 20th 2006.

5.) Defendant Counsel, Responded by stating on Oct. 18, 06 That: A Video Conference has been set up on October 27, 2006 at 09:30 hours and that I will be able to talk to her then. But a Video Conference was Never held by Defendants Counsel.

6.) Finally on Oct. 23, 06 I Called to/Contact Judge Chambers to schedule a Telephone Conference, Because I was unable to Resolve my Discovery dispute. But he's Secretary stated: That I will have to Write to the Court Chamber and Request them to set up the Call, But Instead I sent out A FINAL CALL FOR Discover Request Pursue to FED. Rule 16, To Try to have this issue Resolve Before I will have No Choice But to File A motion to Compel Discovery Pursue to Rule 37(A)(2), FED. R. Civ. P.;. That Date was ["November 3rd 2006."]

I hope this order meets you satisfaction.

Sincerely,

Tyrone Guin

Plantiff,

to: COUNSEL OF RECORD,

## CERTIFICATE OF SERVICE

I, TYRONE GUINN, hereby certify that I have served a true and correct copy of the attached motion, upon the following party, on the 06th day of November, 2006.

to: OPhelia M. Waters, ID# 3879
Deputy Attorney General
Department of Justice
820 North French Street   *(Or other address if filed in a different county)*
Wilmington, DE 19801

11/06/06
Date signed

*[signature]*
Signature of Movant (Notarization not required)

4

IM  11/20 nee Guinni  Nov. 6, 2006
SBI# 315731  UNIT Shu 1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
13 NOV 2006 PM 2 L

To: Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, DEL 19801-3570

☜ LEGAL MAIL ☞

19801435719