SAMPLE FORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Tyronce Gwinn
APPELLANT,

v.

Warden
Thomas Carroll, et al,
APPELLEE,

C.A. No. 06-75-KAJ

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, Tyronce Gwinn, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.
2. Appellant is unskilled in the law.
3. The administration at the Delaware Correctional Center where the appellant is held limits his access to the law library.
4. Appointment of counsel would serve the best interests of justice in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 11/14/06

FILED
NOV 17 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Tyronce Gwinn
Name:
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE. 19977

SAMPLE FORM

Certificate of Serine

I)  Tyrone Guinn
    SBI# 375731
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

C.A. NO. : 06-075-KAJ

hereby certify That I have Serverd A True
I have Serverd A True And correct copy
of The Attacted motion\Letter upon
The following Party, on The 15th day of
2006.

TO: Ophelia M Waters,
Deputy Attorney General Dept. of Justice
Carvel State Building 820 N. French St,
6th Floor, Wilm, DEL. 19980l
                              Oppossin Party (s).

11/15/06                          Tyrone Guinne
Date Signed                     Signature of Movant