IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE GUINN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS CARROLL, )<br>MARCELLO RISPOLI, LISE MERSON, )<br>DAVID PHILLIPS, MR. McCREANOR, )<br>and MR. GONZALEZ, )<br>)<br>Defendants. ) | Civil Action No. 06-75-KAJ |

### ORDER

At Wilmington this **27th** day of **November, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **December 18, 2006 at 9:30 a.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE