IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TYRONE GUINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-75-KAJ |
| | ) | |
| THOMAS CARROLL, | ) | |
| MARCELLO RISPOLI, LISE MERSON, | ) | |
| DAVID PHILLIPS, MR. McCREANOR, | ) | |
| and MR. GONZALEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 13th day of December, 2006,

IT IS HEREBY ORDERED that the teleconference scheduled for December 18, 2006 at 9:30 a.m. is VACATED.

_____
UNITED STATES DISTRICT JUDGE