<u>SAMPLE FORM</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

*Tyrone Guinn*
APPELLANT,

v.                                                         C.A. No. <u>06-75-KAJ</u>

*Thomas Carroll, etc.*

APPELLEE,

<u>MOTION FOR APPOINTMENT OF COUNSEL</u>

    COMES NOW, the appellant, *Tyrone Guinn*, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.
    In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:
1. Appellant is incarcerated.
2. Appellant is unskilled in the law.
3. The administration at the Delaware Correctional Center where the appellant is held limits his access to the law library.
4. Appointment of counsel would serve the best interests of justice in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: <u>12/15/06</u>

Name: *Tyrone Guinn*    SBI: 375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE. 19977

<u>SAMPLE FORM</u>



FILED
DEC 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## CERTIFICATE OF SERVICE

I, _Tyrone Quinn_, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the _15th_ day of _December_, _2006_.

_Ophelia Waters_
Deputy Attorney General
Department of Justice
820 North French Street   *(Or other address if filed in a different county)*
Wilmington, DE 19801

_12/15/06_
Date signed

_Tyrone Quinn_
Signature of Movant (Notarization not required)

IM Tyrone Quinn
SBI# 315131 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

- Legal MA:L -

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, Del. 19801-3570

19801+3519 C012