December 15th 2006

Please Reply to:

MAgistrate Judge: MARY PAt Thynge
US District Court
District of Delaware
844 N. King St.
Wilmington, Del, 19801

Re: Tyrone Guinn v. Thomas Carroll, Et AL,
    C.A. No. : 06-075 KAT

DEAR: MS, Judge Pat Thynge.

IN ACCORDANCE with The Scheduling oReder
ENtered, The Plantiff Find that he Is unable
To Resolve A Discovery Dispute, I'm the Plantiff
Seeking Relief. Due to The Vacancy Left by the
Elevation of Judge Kent A. Jordan, For your
Assignment To this Case, I will have to write the
Court Chambers And Request them to Set up This
Telephone Conference. Therefore, At This Time, [I'm]
Requesting To Set up A Discovery Dispute Schedule
To Discuss with You The Current Issue with "Comp-
elling Discovery from the Oppossing pARty In this
Case.

FILED
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted
Tyrone Guinn, SBI: 315731
PlAntiff,.

## Certificate of Service

I, _TyRonlee Gviner_, hereby certify that I have served a true
and correct cop(ies) of the attached: _llD/ione to SEF up A Discovery_
_Dispute" Telephone Conference_ upon the following
_Schedule._

parties/person (s):

MAGistrate
TO: _Judge MARY PAt_        TO: _Ophelia M. Waters_
_ThyNge,_                   _Deputy Atty General,_
_as District Court, Dist-_  _State of Delaware. Dept, of_
_Rict of Delaware 844 N._   _Justice State Office Building_
_King St. Wilm, Del. 1801_  _820 N. French st. Wilm, De, 19801_

TO: _____          TO: _____

_____              _____

_____              _____

_____              _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _16th_ day of _December_ _____, 2006

_____

IM Tyrone Gaines
SBI# 375731 UNIT Sus,
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

~LEGAL MMAIL~

WILMINGTON DE 197

To Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilm, De 19801-3570