# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

TYRONE GUINN,                          :
                                       :
            Plaintiff,                 :
                                       :
      v.                               :    Civil Action No. 06-75-*** (MPT)
                                       :
THOMAS CARROLL, et al.,                :
                                       :
            Defendants.                :

## ORDER

At Wilmington this **11**<sup>th</sup> day of **January, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, January 23, 2007 at 9:00 a.m.** with Judge Thynge to address the discovery issue in plaintiff's letter to the Court dated December 15, 2006 (D.I. 50).  **Ophelia M. Waters, Esquire shall initiate the teleconference call**.


                              /s/ Mary Pat Thynge
                              UNITED STATES MAGISTRATE JUDGE