IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tyrone Guinn,<br>    Plaintiff,<br><br>    v.<br><br>Thomas Carroll, Marcello Rispoli, Lise<br>Merson, David Phillips, Mr. McCreanor, and<br>Mr. Gonzalez,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-075-KAJ<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned certifies that on January 12, 2007, she caused the *State Defendants' Supplemental Production of Documents D637 to D666* to be delivered to the following persons in the form and manner indicated:

**One copy by first class mail, postage prepaid, to each recipient:**

Tyrone Guinn, Inmate
SBI No.:  375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE   19977

                             STATE OF DELAWARE
                             DEPARTMENT OF JUSTICE


                             ____/s/ Ophelia M. Waters_____
                             Ophelia M. Waters, I.D. #3879
                             Deputy Attorney General
                             Carvel State Building
                             820 N. French Street, 6th floor
                             Wilmington, DE  19801
                             Ophelia.Waters@state.de.us
                             Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I have mailed by United States Postal Service, the *State Defendants' Supplemented Production of Documents D637 – D666* to the following: Tyrone Guinn, Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware, 19977.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us