IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tyrone Guinn,<br>    Plaintiff,<br><br>    v.<br><br>Thomas Carroll, Marcello Rispoli, Lise<br>Merson, David Phillips, Mr. McCreanor, and<br>Mr. Gonzalez,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-075-***<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, by and through their undersigned counsel, hereby move this Honorable Court pursuant to Federal Rule of Civil Procedure Rule 56 (c) to enter judgment as a matter of law. To support their Motion, Defendants offer the Memorandum of Points and Authorities filed simultaneously herewith.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

_____/s/ Ophelia M. Waters_
Ophelia M. Waters
Deputy Attorney General
I.D. No. 3879
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

Attorney for State Defendants

DATE: January 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Tyrone Guinn,                        )
       Plaintiff,              )
                                     )
                                     )
   v.                                )
                                     )     Civil Action No. 06-075-***
Thomas Carroll, Marcello Rispoli, Lise )
Merson, David Phillips, Mr. McCreanor, and )
Mr. Gonzalez,                        )
       Defendants.             )

## ORDER

AND NOW, this _____ day of _____, 2007, the Motion for Summary Judgment filed by state defendants in the above-captioned matter having been duly considered, and any opposition thereto, is granted; and,

IT IS ORDERED that plaintiff's claims against Defendants Carroll, Rispoli, McCreanor, Merson, Phillips, and Gonzalez be dismissed, with prejudice.

_____
Judge United States District Court

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on or before January 16, 2007, she caused The State Defendants' Motion for Summary Judgment to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Tyrone Guinn, Inmate
SBI # 375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

**MANNER OF DELIVERY:**

  X   Two true copies by first class mail, postage prepaid, to Tyrone Guinn.

           /s/ Ophelia M. Waters
Ophelia M. Waters, ID #3879
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400