SAMPLE FORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Tyronee Quinne
APPELLANT,

v.   C.A. No. 06 -75 (MPT)

Thomas Carroll, et al.,
APPELLEE,

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, Tyronee Quinn, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.
In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:
1. Appellant is incarcerated.
2. Appellant is unskilled in the law.
3. The administration at the Delaware Correctional Center where the appellant is held limits his access to the law library.
4. Appointment of counsel would serve the best interests of justice in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 1/15/07

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Tyrone Quinn
Name:                          SBI: 375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE. 19977

SAMPLE FORM

## Certificate of Service

I, _Tyrone Guinn_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion for Appointment of Counsel,_ _____ upon the following parties/person (s):

TO: _Mary Pat Thynge_
_United States Magistrate_
_Judge, District of Delaware_
_US. Court House Wilm. Del._
_19801._

TO: _Ophelia M. Waters_
_Deputy Atty. General_
_Carvel State Building_
_~~Carvel~~ 820 N. French St. 6th_
_Floor Wilmington, DE 19801_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _15th_ day of _January_, 200_6_

I/M Tyrone Gwinn
SBI# 315731   UNIT Shu 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, Delaware 19801-3570

LEGAL MAIL