IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE GUINN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-75-*** |
| THOMAS CARROLL, et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **25th** day of **January, 2007**.

IT IS ORDERED that the pretrial submission date, the pretrial conference date and the trial dates are canceled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE