IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

FILED
FEB 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IN RE:

MOTION FOR TEMPORARY Restraining
Order with Notice [F.R.C.P. Rule 65(b)]

Plantiff moves this court to grant a TEMPORARY Restraining order restraining and enjoining the the defendants AGENTS, SERVANTS, EMPLOYEES, AND Attorney's, and those persons in active concert and participation with defendant from civil action No. 06-75-(M.P.T) pending a hearing and disposition of Plaintiff's Motion for a Preliminary injunction Filed on 1/19/07, and scheduled by the court for a hearing on 2/22/2007, and on the Ground that immediate and irreparable loss, damage, and injury will result to Plantiff as more fully appears from Plantiffs verified complaint and the attached affidavits of temporary Restraining order.

DATE: February 15, 2007

_Tyrone Givens_
PLANTFF / PRO SAIF

_Sinlepely_

## Certificate of Service

I, _Tyrone Quinn_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion for Temporary Restraining_ upon the following parties/person (s):

TO: Mary Pat Thynge
United States District
Court U.S. Magistrate
District of Delaware U.S.
Court House Wilm, Del. 19801

TO: Ophelia M. Waters,
Deputy Attorney General
820 N. French St. 6th Floor
Carvel State Building
Wilmington, De 19801

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _15th_ day of _February_, 2007

I/M Tyrone Junior
SBI# 375151 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[USPS Pitney Bowes postage: $00.39, FEB 21 2007, MAILED FROM ZIP CODE 19977]

To: Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, Delaware 19801-3570

LEGAL MAIL