IN THE UNITED STATES DISTRICT
COURT FOR THE District OF DELAWARE

FILED

APR 2 - 2007

06cv075 ***

IN RE:

Motion FOR TEMPORARY Restraining
ORder With Notice [F.R.C.P. RULE 65(b)]

PLANTIFF MOVES This Court to GRANT A TEMPORARY
ResTRAING ORder ResTRAING AND ENJoining The
The defendant's AGENTS, SERVANTS, EMPLOYEES, AND
ATToRNEY'S, AND Those PERSONS IN ACTive CONCERT
AND PARTICIPATION With DEFENDANT FROM
Civil ACTION No. 06-75-(M.P.+) PENding A hEARING
AND disposition OF PLAINTIFF'S MOTION FOR
A PRELIMINARY INJUNCTION FILED ON 3/30/2007
AND SCHEduLED bY The COURT FOR A hEARING
ON 4/12/2007 , AND ON THE GROUND That IMMEDIATE
AND IRREPARABLE LOSS, DAMAGE, AND INJ-
URY Will Result TO PLANTIFF AS MORE FULLY
APPEARS FROM PLANTIFF'S VERIFIED COMPLAINT
AND The AHacHed AFFidAVits OF TEMPORARY
ResTRAINING ORdeR.

DATE: MARCH 30#, 2007   Tyrone Grinell

PLANFF (/ PRO SAIF

## Certificate of Service

I, _Tyrone Gwinn_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motson For Temporary Restraining_ upon the following parties/person (s):

TO: _Mary Pat Thynge_
_United states District Court_
_District of Delaware U.S._
_Courthouse Wilmington, DE,_
_19801_

TO: _Ophelia M. Waters_
_State of Delaware_
_Department of Justice_
_State Office Building 820 N._
_French St. Wilm, DE. 19801-3509_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _30th_ day of _March_____, 200 _7_

UNITED STATES POSTAGE

PITNEY BOWES

02 1A
0004608975      MAR 30 2007
MAILED FROM ZIP CODE 19977

$ 00.390

I/M Tyrone Jackson

UNIT _____ SHU

SBI# _____

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

to: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, De, 19801 - 3570

— Legal Mail —