IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Halroble
Judge; Mpt.

TYRONE GUINN
PLAINTIFF,

V.

Thomas CORROLL, ET aL.
DEFENDANT(S).

Civ. No. 06-75-*** (Mpt)

FILED

JUN 1 3 2007

RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR Leave TO FILE AN
AMEND COMPLANT.

Plaintiff, Tyrone Guinn, Pursuant to Rule 15 (a) AND
19 (a), FED. R. Civ. P; request Leave To File an amended
Complaint adding a Party.
(i) The Plaintiff In his original complaint Named a
mr. Creanor, and Mr. GONZALEZ,.
(ii) Since The Filing of The Complaint The Plaintiff has
determined That The Name of Mr. Creanor Is; Micheal, Mc.
CReanor; and Mr. GONZALEZ, Is Mr. Victor, GONZALEZ.
Paragraphs 1,* 2*,3,4* and 5** of The allegation, and Paragraphs
1*,2*,3** of The relief requested, are amended to
reflect The [Identity] AND The [Action] of officers
mr. Michael, mc. Creanor; and Mr. Victor, GONZALEZ
(iii) This Court Should Grant Leave Freely to AMED
a Complaint Foman V. Davis, 371 US. 178, 182, 83

S. Ct. 227 (1962); INterroyAL Corp. v. SpouSeller
889 F.2d 108, 112 (6th Cir.) cer. denied, 494 U.S. 1091
(1990).

Tyrone Guinao SBI: 375731        Date 6/13/07
Delaware Correctional Center
1181 Paddock Rd SMYrna, DEL.
            19977

                    Respectfully Submitted

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) *Tyrone Guinn 315731*
(Name of Plaintiff)          (Inmate Number)

*DELAWARE CORRECTIONAL CENTER
1181 Paddock RD. SMYRNA DEL. 1977*
(Complete Address with zip code)

(2)_____
(Name of Plaintiff)          (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) *MARCELLO RISPOII I.*
(2) *LISE M. MERSON*
(3) *Thomas Carroll*
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

_____
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

*Case Number 1:05-CV-875
Year: 12/8/05
Judical officer whom It was ASSIGNED
TO: Judge KENT A. JordAN (KAJ)
Caption: INEFFECt assistaint of Counsel.*

EACH NAMED PARTY MUST BE LISTED, AND AV
NAMES MUST BE PRINTED or TYPED USE Needed additional
sheet(s).

4.) DAVED PHILLIPS

5.) MR. Micheal MC. Creallor.

6.) MR. Victor GONALAZ

---

NAMES OF DEFENDANT(S).

II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?   ••Yes   ••No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   •(Yes)••No

C.    If your answer to "B" is Yes:

1.    What steps did you take? _I Filed a grievance from, DOC procedure 4.4 "Inmate grievance procedure"._

2.    What was the result? _My grievance was Defined as Non-grievabl In Accordance with Doc Policy 4.4 In Returned as a Disciplinary Action._

D.    If your answer to "B" is No, explain why not: _____

_____

III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: _Marcello Rispoli T._
Employed as _Lt. 4 to 12 Sift_ at _Shu Building 20th DCC_
Mailing address with zip code: _Delaware Correctional Center 1181 Paddock Rd. Smyrna, Del, 1997_

(2) Name of second defendant: _Lise Merson_

Employed as _Inmate Grievance Chair Person_ at _DCC_
Mailing address with zip code: _Delaware Correctional Center 1181 paddock Rd. Smyrna, Del, 19977_

(3) Name of third defendant: _Thomas Carroll_
Employed as _Warden_ at _Dept. of Corrections_
Mailing address with zip code: _Delaware Correctional Center 1181 paddock Rd Smyrna DEL. 19977_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

III. Defendants (In order listed one the Caption)

(4) Name of Forth defendent: David Phillips

Employed as: Sgt. 4 to 12 sift    at SHU Building 20#

Mailing address with zip code; Deleweor Correctional Center
1181 Peddock Rd. SmyRN, Del. 19977

(5) Name of Fith defendant: mr. Mc. Creanor, Micheal

Employed as: Sift Commeuder Large Inst. Capt.    at SHU.
                                    4 to 12 sift

Mailing address with zip code; Deleweer Correction Center
1181 Peddock Rd. SmyRN, Del 19977.

(6) Name of Sixth defendent: mr. gonzahes, Victor

Employed as: C/o CoRBection officer 4 to 12 sift.    at SHU.

Mailing address with zip code: Deleweer Correctional
Center 1181 Peddoch Rd. SmyRN, Del. 19977

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The Defendant's INVolved IN this Claim IS: MARCello Rispoli Lt. C/o MR. Victor, GONZALEZ, SiFt Commander Large Inst, capt. mc. Michael CReaNor, Lise M. Murson the INmate grievance Chair, and Warden Thomas carroll, all at the Dept. OF correction Center 1181 Paddock Rd.

2. Smyrna Del. 19977. ON JUNE. 30 2004 I was placed IN ISULation for a DiscipliNary ResoNd under Stripp Cell conditioN(s) where I was Not A treat to My SAlF, or been ClassifiedNor Recommanded by MentAl Health PersoNal's being Seen and know to Be A treat To My LiFE.

3. When I was placed IN ISO, By Sgt. DAViD and Cpt. [mr. micheal mc. creanor] and Lt. Rispoli t. Thay Stripp me FROM My Clothing and I was left with [oNly] my under shorts. I ask can I keep My Clothin,

SEE Reverse
side.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would Like the court or Law to het me Seek Justice on each one of My Defendants [even IN their Individual Capacities] By Award Compensatory damages IN the following AMONts: 1. $ 1,000⁰⁰ Jointly and severally " Against defendants for each day I Spent suffering

3

and Recive some Sheets, Blankets, They Stated "NO"

4.    and Slaned The door", so I ask C/o [Mr. Victor, GONZALEZ], a officer also workin 4 to 12 sift on June 30 2004. July 2, 2004, But Still They wouldin as well as [mr. victor GONZALEZ] Let Me Recive [my Property] "Personal HyGiene" and [Sheet & Blanket's] so The Next Day Plantiff ask every officer Includin Lt [all] that vary Day But Still,

5.    [I] Neverd Recived My Belongings Personal HyGiene," Clothin, sheets Blankets; I Even Sent [Capt. Micheal Mc.Creanor] A Letter But I got No Response, so on 7/2/04 [gonzALEZ V.] was workin 4 to 12 sift agiAno, so I ask hem for the samething my [Clothin] and Property Personal Hygiene, Bedfine], he sad speetk to Lt.

2.   16<sup>teen</sup> day(s) In Isolation Confindment under cruel and unusal punishment Inflicted Cund;t,'on(s) when Defencdanit(s) acted with "Deliberate Ind,'fference to Mr Deprivine Bbeddiar, Chothial, wermth, Personal Hygiene, also Award punitine damages In the amount of $1,000.⁰⁰

3.   each, against all defendant(s),

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __15th__ day of __June__ , 2007 .

_Tynmee Guinen_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## **Certificate of Service**

I, _Tyrone Gvinn_ , hereby certify that I have served a true
and correct cop(ies) of the attached: _Motion for Leave to File In Amend_
_Complaint_ upon the following
parties/person (s):

TO: _Office of the Clerk_
_United states District Court_
_844 N. King st. Lockbox 18th_
_Wilm, Del. 19801-3570_

TO: _State of Delaware_
_Dept. of Justice state office_
_Building 820 N. French st Wilm, Del._
_19801-3509,_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _13th_ day of _June_ , 200_7_

_____

I/M Tyrone Gibson
SBI# 315731 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, Del. 19801-3570

- Legal Mail -

UNITED STATES POSTAGE
PITNEY BOWES
$00.58
02 1A    JUN 12 2007
0004608975
MAILED FROM ZIP CODE 19977

U.S.M.S
X-RAY