

| | | |
|---|---|---|
| JOSEPH R. BIDEN, III<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

June 14, 2007

New Castle County-Civil Division

The Honorable Mary Pat Thynge
U.S. District Court
District of Delaware
844 North King Street
Wilmington, Delaware  19801

    Re:    Guinn v. Carroll, et al.
               C.A. No. 06-075 \*\*\*

Dear Magistrate Judge Thynge:

    On behalf of the Defendants, I am responding to Plaintiff Tyrone Guinn's motion for leave to amend complaint which I received on June 13, 2007. To the extent that Tyrone Guinn seeks to have the court docket amended to add the first names of McCreanor and Gonzalez, Defendants are not opposed.

    On June 26, 2006, I entered my appearance on behalf of the defendants. At that time, I identified each defendant with his first and last name. Thus, Defendants' identities have been disclosed and recorded. (D.I. 18).  In the light of the court filings, leave to amend the complaint is futile. *In re Burlington Coat Factory Sec. Litig.*, 114 F.3d 1410, 1434 (3d Cir. 1997). In addition, discovery has completed (D.I.I. 38, 40) and a case dispositive motion has been filed (D.I.I. 53, 54).

    Should Your Honor have any questions or concerns, I remain available at the Court's convenience.

                                        Respectfully submitted,

                                        /s/ Ophelia M. Waters
                                        Ophelia M. Waters
                                        Deputy Attorney General

OMW/vd

    cc:    Tyrone Guinn