RE: Address of Location.

DATE: 1/8/08

C.A. NO: 06-075 xxx

Plaintiff: TYRONE GUINN

Dear; Honorable Judge: MARY P. Thynge,

my name is TYRONE Guinn. The Plaintiff in C.A. No.: 06-075-xxx;

I'm writin your Chambers Becouse I was told By You and the Defendent Attorney that I Must give You my, New Address IF I Shall Move to a Different Location.

I'm currently bein held at the: "Sussex work Release unit," 23207 Dupont Boulevard Georgetown, Delaware 19947. You Can Reach Me at this Address.

Yours TRuly

Tyrone G—
Plaintiff

**FILED**
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

# Certificate of Service

I hereby Plaintiff, Tyrone Guinn Has Truly Served the Defendant a Copy of the Notice of "plaintiff current "Location and Address". Thus, The Honrable Judge on this 8th Day of January 2008.

TO: Ms. Ophelia M. Waters
 (Defendant Attorney)
 State of Delaware, Department of Justice
 State office Bulding 820 N. French St.
 Wilm. DE  19801-3504

TO: Mary P. Thynge,
 Judge
 United States District court
 844 N. King St, Lockbox 18
 Wilmington, DE  19801-3570

Tyrone Quinn
SBI: 315731
Plaintiff

Swru 23207 Dupont



T. Guinn 375731
SWRU 23207 Dupont Boulevard
Georgetown, Del 19947

U.S.M.S.
U.S.-RAY

Office of The Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570

Legal Mail