IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE



TYRONE GUINN
    APPELLANT,

C.A. NO. 06-075-xxx/GMS

V.

THOMAS CARROLL, MARCELLO RISPOLI,
LISE MERSON, DAVID PHILLIPS, MR. MC.
CREAMOR, AND MR. GONZALEZ.

### MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, THE appellant, TYRONE GUINN, Pro Se, and moves this Honorable Court For Appointment of Counsel, to represent appellant. In support of this motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.
2. Appellant is unskilled in the Law.
3. The Administration at the "Sussex Work Release Unit" where the appellant is held Does not "assist inmates in the Pre-

partion and filing of Meaningful Legal Papers by Providing Prisoners with adequate Law libraries or adequate assistance from Persons Trained in the Law. also See Bounds v. Smith, 430 U.S. 817, 828, 97 S. Ct. 1491 (1977).

4. Appointment of Counsel would serve the best interests of Justice in this case.

Wherefore, appellant Prays this Honorable Court appoint Counsel to represent the appellant.

DATE: 2/15/08

Tyrone G

Tyrone Guinn 375751
Sussex Community Corrections Center 23207 Dupont Boulevard Georgetown, Delaware 19947.

CERTIFICATE OF SERVICE

I, Tyrone Gwinn hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 15th day of ~~January~~ Feb. 08.

TO: Ms. Ophelia Waters
Deputy Attorney General
Department of Justice
820 North French St,
Wilmington, DE 19801


Date 2/15/08

Tyrone Gwinn
Plaintiff.

I/M: Tyrone Casino  BLDG: Sussy Center
SUSSEX ~~[redacted]~~ Comm. Corr. Cent. J-1-6
GEORGETOWN, DELAWARE 19947

U.S.P.
W.M.S.P

WILMINGTON DE 197
19 FEB 2008 PM 2 L

To: Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, Del. 19801-3570

— Legal Mail