Re: Address Notice
Tyrone Guinn ;375751

6/04/08

Dear: Judge Mr. Sleet my name is Tyrone Guinn the Plaintiff in the Civil Action No: 06-75-GMS I'm writin Your office to give You my new Location I'm currently being held at the 1181 paddock Rd. Smyrna Del. 19977, so all Legal Documents Can be sent to the above address.

Sincerely



FILED
JUN - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

# CERTIFICATE OF SERVICE

I, _Tyrone Guinn_, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the _04th_ day of _June_, _____.

_Ophelia Waters_
Deputy Attorney General
Department of Justice
820 North French Street   *(Or other address if filed in a different county)*
Wilmington, DE 19801

_6/04/08_
Date signed

_Tyrone_
Signature of Movant (Notarization ~~not required~~)

4



I/M Tyrone Quinn
SBI# 375734 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

To: The District Court Clerk
844 N. King St, Lockbox 19
Wilm, DE 19801-3570