7/1/08

Re: Case update,
CA. No. 06-075-GMS

Dear: Fedral District cart clerk my name is Tyrone Guinn I Have a civil Suet pendin in Your court currenly Is I would like The update on the status of this civil suet; Thus, I would Like to know if it's still pendin. So when You Have the time can You please send Me a update.

Sincerely
AN

Ps. Plaintiff, Tyrone Guinn
              v.
Defendants, Thomas Carroll, Etc,
                CA. No. 06-075-GMS,



FILED
JUL 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

