OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

July 3, 2008

TO:

Tyrone Guinn  
SBI# 375731  
James T. Vaughn Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

**RE:  STATUS OF CA: 06-75-GMS**

Dear Mr. Guinn:

    This is in response to your letter received <u>July 3, 2008</u> requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet, and is pending before the Court. You will be advised by the Court as to further developments in your case. Please find enclosed a copy of your docket sheet for your review.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/dzs

PETER T. DALLEO  
CLERK

cc:  The Honorable Gregory M. Sleet  
enc: Docket Sheet